Rew R. Goodenow, Nevada Bar ID 3722
Zachary Shea, Nevada Bar ID 15094
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
RGoodenow@parsonsbehle.com
ZShea@parsonsbehle.com

Attorneys for Defendant NETFLIX, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF RENO, NEVADA, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-00499-MMD-WGC |
| Plaintiff, | |
| vs. | |
| NETFLIX, INC., and HULU, LLC, | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)**

IT IS HEREBY STIPULATED by and between Plaintiff City of Reno, Nevada, by and through their counsel of record Leonard H. Stone of Shook & Stone, Chtd.; and Defendant Netflix, Inc., by and through their counsel of record Rew R. Goodenow and Zachary S. Shea of Parsons Behle & Latimer, in the parties' first stipulation for extension of time, that in consideration of the retention of counsel for Defendant very proximately before the deadline for a responsive pleading to Plaintiff's Complaint, Defendant's time to respond to the Complaint should be extended, and that Defendant shall file a response to the Complaint on or before Friday, October 30, 2020, absent any further stipulation of the parties or Order from the Court.

Dated: October 2, 2020

SHOOK & STONE, CHTD.

By: _____
Leonard H. Stone, Nevada Bar No. 5791
Attorney for Plaintiffs

Dated: October 2, 2020

PARSONS BEHLE & LATIMER

By: _____
Rew R. Goodenow, Nevada Bar No. 3722
Zachary S. Shea, Nevada Bar No. 15094
Attorneys for Defendant

IT IS HEREBY ORDERED.

DATED: October 5, 2020

_____
UNITED STATES MAGISTRATE JUDGE