Leonard H. Stone
Nevada Bar No. 5791
**SHOOK & STONE, CHTD.**
338 Ryland Street
Reno, Nevada 89501
Tel: 775-323-2200
lstone@shookandstone.com

Austin Tighe*
Michael Angelovich*
**NIX PATTERSON, LLP**
3600 North Capital of Texas Highway
Building B, Suite 350
Austin, Texas 78746
Tel: 512-328-5333
atighe@nixlaw.com
mangelovich@nixlaw.com

Adam J. Levitt*
Mark Hamill*
Brittany Hartwig*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-314-7900
alevitt@dicellolevitt.com
mhamill@dicellolevitt.com
bhartwig@dicellolevitt.com

Peter Schneider*
**SCHNEIDER WALLACE COTTRELL
  KONECKY, LLP**
3700 Buffalo Speedway, Ste. 1100
Houston, Texas 77098
Tel: 713-338-2560
pschneider@schneiderwallace.com

*Attorneys for Plaintiff*
*\* Pro Hac Vice*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
### NORTH DIVISION

| | |
|---|---|
| CITY OF RENO, NEVADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., and HULU, LLC,<br><br>Defendants. | Case No.: 3:20-cv-00499-MMD-WGC<br><br>Judge: Hon. Miranda M. Du<br><br>Magistrate: Hon. William G. Cobb |

**STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**WHEREAS**  Defendant Netflix, Inc. has filed a Motion to Dismiss Plaintiff's First

Amended Complaint;

1

1       **AND WHEREAS** Defendant Hulu, LLC, who has not yet appeared in this action,

2  will file a Motion to Dismiss Plaintiff's First Amended Complaint on November 16, 2020:

3
4       IT IS HEREBY STIPULATED and AGREED by and between Plaintiff, City of Reno,

5  Nevada, through their counsel of record Leonard H. Stone, Esq., of the Law Firm Shook & Stone,

6  Chtd., et al., and Defendant, Netflix, Inc., through their counsel of record Rew R. Goodenow and

7  Zachary Shea, Esq., of the Law Firm Parsons Behle & Latimer, and Defendant, Hulu LLC, by and

8  through their counsel John K. Gallagher, Esq. of the Law Firm Guild, Gallagher & Fuller, Ltd. Et

9  al., that the following briefing schedule be followed:

10
11       (1) Defendant Hulu will file its Motion to Dismiss on November 16, 2020;

12       (2) Plaintiff City of Reno will have an extension until December 11, 2020 to oppose both

13           Defendant Netflix, Inc's already filed Motion to Dismiss Plaintiff's First Amended

14           Complaint and Hulu LLC's Motion to Dismiss Plaintiff's First Amended

15           Complaint; and

16
17  / / /

18
19
20  / / /

21
22
23  / / /

24
25  / / /

26
27
28

(3) That Defendants Netflix and Hulu shall have up to and including January 15, 2021 to

file their respective replies.

Dated: November 10, 2020.

SHOOK & STONE, CHTD.

/s/ Leonard Stone
_____
Leonard H. Stone
Nevada Bar No. 5791
Attorney for Plaintiffs

Dated: November 10, 2020.

GUILD, GALLAGHER & FULLER, LTD.

/s/ John K. Gallagher
_____
John K. Gallagher
Nevada Bar No. 956
Attorney for Defendant Hulu, LLC

Dated: November 9, 2020.

PARSONS BEHLE & LATIMER

_____
Rew R. Goodenow
Nevada Bar No. 3722
Zachary S. Shea
Nevada Bar No. 15094
Attorneys for Defendant Netflix Inc.

**IT IS HEREBY ORDERED.**

DATED:  November 10, 2020

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

3