Rew R. Goodenow, Nevada Bar ID 3722
Zachary Shea, Nevada Bar ID 15094
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
RGoodenow@parsonsbehle.com
ZShea@parsonsbehle.com

Attorneys for Defendant NETFLIX, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF RENO, NEVADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., and HULU, LLC,<br><br>Defendants. | Case No.  3:20-cv-00499-MMD-WGC Judge:<br><br>Hon. Miranda M. Du<br><br>Magistrate Judge: Hon. William G. Cobb |

**STIPULATION AND ORDER EXTENDING TIME TO FILE
DISCOVERY PLAN AND SCHEDULING ORDER
(FIRST REQUEST)**

The following STIPULATION is agreed by and between Plaintiff City of Reno, Nevada (by and through their counsel of record Leonard H. Stone of Shook & Stone, Chtd.), and Defendant Netflix, Inc. (by and through their counsel of record Rew R. Goodenow and Zachary S. Shea of Parsons Behle & Latimer), and Defendant Hulu, LLC (by and through their counsel of record John K. Gallagher and Patrick H. Gallagher of Guild, Gallagher & Fuller, Ltd.) in the parties' first stipulation for extension of time as to the joint discovery plan and scheduling order.

IT IS HEREBY STIPULATED that in order for all parties to cooperate and file the plan/order together,[1] the varying deadlines for Defendants' time to file should be made uniform,

---

[1] Defendant Netflix, Inc. is currently required to file a plan/order with Plaintiff by December 13, 2020. Defendant Hulu, LLC and Plaintiff are currently required to file by December 31, 2020.

1

and parties shall file a joint discovery plan and scheduling order on December 31, 2020, absent any further stipulation of the parties or Order from the Court.

Dated: December 4, 2020.

SHOOK & STONE, CHTD.

By: */s/ Leonard H. Stone*
 Leonard H. Stone, Nevada Bar No. 5791
 Attorney for Plaintiffs

Dated: December 4, 2020

PARSONS BEHLE & LATIMER

By: */s/ Zachary S. Shea*
 Rew R. Goodenow, Nevada Bar No. 3722
 Zachary S. Shea, Nevada Bar No. 15094
 Attorneys for Defendant Netflix, Inc.

Dated: December 4, 2020

GUILD, GALLAGHER & FULLER, LTD.

By: */s/ Patrick H. Gallagher*
 John K. Gallagher, NV Bar No. 956
 Patrick H. Gallagher, NV Bar No. 14875
 Attorneys for Defendant Hulu, LLC

**IT IS HEREBY ORDERED.**

**DATED: December 7, 2020.**

_____
UNITED STATES MAGISTRATE JUDGE

2