UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CITY OF RENO, NEVADA, | Case No. 3:20-cv-00499-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NETFLIX, INC., *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Defendants Netflix, Inc. and Hulu, LLC, have drawn into question the constitutionality of NRS § 711 *et. seq.* (ECF Nos. 36, 39.) The Clerk of Court is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 14th Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE