**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CITY OF RENO, NEVADA, individually and on behalf of all others similarly situated,

Plaintiff(s),

vs.

NETFLIX, INC. and HULU, LLC,

Defendant(s).

Case #3:20-CV-00499

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Adam J. Levitt_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____DiCello Levitt Gutzler LLC_____
(firm name)

with offices at _____Ten North Dearborn Street, Sixth Floor_____,
(street address)

___Chicago___, ___Illinois___, ___60602___,
(city)          (state)          (zip code)

___312-214-7900___, ___alevitt@dicellolevitt.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____City of Reno, Nevada_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1  3. That since __11/04/1993__, Petitioner has been and presently is a
                        (date)
2  member in good standing of the bar of the highest Court of the State of __Illinois__
                                                                              (state)
3  where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7  4. That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Illinois | 11/04/1993 | 6216433 |
| Supreme Court of the State of New York | 03/18/2013 | 5126602 |
| (additional admissions in Attachment A) | | |

19  5. That there are or have been no disciplinary proceedings instituted against petitioner,

20  nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21  or administrative body, or any resignation or termination in order to avoid disciplinary or

22  disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Illinois         )
                          )
COUNTY OF    Cook         )

_____Adam J. Levitt_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

16 day of SEPTEMBER, 2020

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
DANIEL FERRI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/31/21

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Leonard Stone_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____338 Ryland Street_____,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)        (state)         (zip code)

__775-323-220__, __lstone@shookandstone.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Leonard H. Stone__ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Doug Thornley, Reno City Manager
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5791                lstone@shookandstone.com
Bar number          Email address

APPROVED:

Dated: this _1st_ day of _March_, 20_21_.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

## ATTACHMENT A

**Adam J. Levitt**
DiCello Levitt Gutzler LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

| Court | Admission Date |
|---|---|
| United States Supreme Court | 08/28/1998 |
| United States Court of Appeals for the First Circuit | 10/03/2002 |
| United States Court of Appeals for the Second Circuit | 01/15/2014 |
| United States Court of Appeals for the Third Circuit | 11/19/2013 |
| United States Court of Appeals for the Fourth Circuit | 05/03/2018 |
| United States Court of Appeals for the Seventh Circuit | 12/10/1993 |
| United States Court of Appeals for the Eighth Circuit | 08/18/2009 |
| United States Court of Appeals for the Ninth Circuit | 12/27/2011 |
| United States Court of Appeals for the Eleventh Circuit | 10/17/2017 |
| Illinois Supreme Court | 11/04/1993 |
| New York Supreme Court – Appellate Division | 03/18/2013 |
| California – Eastern District | 01/26/2009 |
| Colorado – District Court | 01/06/2007 |
| Illinois – Central District | 10/01/2012 |
| Illinois – Northern District | 12/16/1993 |
| Illinois – Southern District | 07/16/2001 |
| Indiana – Northern District | 09/15/2001 |
| Michigan – Eastern District | 01/11/2018 |
| Michigan – Western District | 05/05/2020 |
| Nebraska – District Court | 10/03/2000 |
| New York – Southern District | 09/13/2017 |
| New York – Eastern District | 03/03/2020 |
| Ohio – Northern District | 03/26/2020 |
| Texas – Eastern District | 03/11/2002 |
| Texas – Northern District | 12/02/2002 |
| Texas – Southern District | 11/07/2012 |
| Wisconsin – Eastern District | 04/23/2020 |
| Wisconsin – Western District | 05/02/2017 |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Adam J. Levitt

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/1993 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 14th day of July, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Adam J. Levitt

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 18, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

September 10, 2020

Clerk of the Court

6279