1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8   CITY OF RENO., NEVADA, individually and on behalf )
    of all others similarly situated,                )
9                                                     )
                                                      )
                                                      )
10              Plaintiff(s),                         )
                                                      )
11          vs.                                       )
    NETFLIX, INC. and HULU, LLC,                      )
12                                                    )
                                                      )
                                                      )
13                                                    )
                                                      )
14              Defendant(s).                         )
    _____    )

Case # 3:20-cv-00499 _____

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

15

16      _____Peter B. Schneider_____, Petitioner, respectfully represents to the Court:
                (name of petitioner)

17

18      1.    That Petitioner is an attorney at law and a member of the law firm of

        _____Schneider Wallace Cottrell Konecky_____
19                          (firm name)

20   with offices at _____3700 Buffalo Speedway, Suite 960_____,
                                    (street address)

21

22   _____Houston_____, _Texas_____, _77098_____,
              (city)                (state)              (zip code)

23   _____(713) 338-2560_____, _pschneider@schneiderwallace.com___.
        (area code + telephone number)              (Email address)

24

25      2.    That Petitioner has been retained personally or as a member of the law firm by

        _____City of Reno, Nevada_____ to provide legal representation in connection with
26                  [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                        Rev. 5/16

3.     That since _____November 04, 1994_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _Texas_____
                                                                                           (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Supreme Court | November 02, 2009 | |
| TX Supreme Court | November 04, 1994 | |
| USDC Southern District of Texas | September 08, 1995 | |
| USDC Eastern District of Texas | May 20, 2005 | |
| USDC Northern District of Texas | July 08, 2015 | |
| USDC Western District of Texas | May 06, 2016 | |
| US Fifth Circuit Court of Appeals | May 13, 2009 | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

Texas Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Texas_____ )
                                )
COUNTY OF _____Harris_____ )

_____Peter B. Schneider_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

9th____ day of September____, 2020

_____
Notary Public or Clerk of Court

ELIZABETH ASHLEY HARRIS
Notary Public, State of Texas
Comm. Expires 02-13-2024
Notary ID 128138558

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Leonard H. Stone____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____338 Ryland Street_____,
(street address)

_____Reno_____, _____Nevada_____, ___89501___,
(city)                    (state)              (zip code)

____775-323-2200____, ____lstone@shookandstone.com____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                     **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) ____Leonard H. Stone_____ as
                                                        (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
       (party's signature)

11
       Doug Thornley, Reno City Manager
12  _____
       (type or print party name, title)

13  _____
       (party's signature)
14

15  _____
       (type or print party name, title)
16

17                        **CONSENT OF DESIGNEE**
        The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20  _____
       Designated Resident Nevada Counsel's signature

21     5791                    lstone@shookandstone.com
    _____
       Bar number               Email address
22

23  APPROVED:

24  Dated: this  1st   day of   March_____, 20 21.

25  _____

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                              5

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Peter Brian Schneider**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 1994.

    I further certify that the records of this office show that, as of this date

**Peter Brian Schneider**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 15th day of July, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4259C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Peter Brian Schneider**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 1994.

I further certify that the records of this office show that, as of this date

**Peter Brian Schneider**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 15th day of July, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4259C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.