AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CITY OF RENO, NEVADA,

        Plaintiff,

v.

NETFLIX, INC., *et al.*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:   3:20-cv-00499-MMD-WGC

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Netflix, Inc.'s motion to dismiss (ECF No. 28) is granted.  Defendant Hulu, LLC's motion to dismiss (ECF No. 32) is granted.  Plaintiff the City of Reno's complaint (ECF No. 1) is dismissed.  This case is now closed.

Date:  September 3, 2021



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*